```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -               02 Cr. 395 (JGK)

AHMED ABDEL SATTAR, ET AL.,     ORDER

            Defendants.

JOHN G. KOELTL, District Judge:

Because the Government advises the mandate has issued, the parties should proceed expeditiously with the preparations for sentencing. The Probation Department should complete a preliminary updated presentence report to be sent to the parties by **April 9, 2010**. The final presentence report should be submitted to the Court by **April 23, 2010** to allow the Probation Department to consider any objections the parties may have. The parties' sentencing submissions are to be simultaneously submitted and are due by **May 21, 2010**. The parties' replies are due by **June 4, 2010**. Sentencing is scheduled for **June 29, 2010 at 4:30 p.m.** While the Government sought a conference, the Court sees no need for a conference. The dates are based on the times in the prior schedule. If there is a problem, the parties should advise the Court.

SO ORDERED.

Dated:    New York, New York
           February 24, 2010

                                              John G. Koeltl
                                     United States District Judge