UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       - against -                        02 Cr. 395 (JGK)

LYNNE STEWART,                        ORDER

               Defendant.

---

JOHN G. KOELTL, District Judge:

    If the parties have an electronic copy of the trial transcripts and exhibits (including the transcripts of the prison visits and telephone calls), the parties are requested to provide it to the Court promptly. Only one copy is necessary and the parties should consult on providing it to the Court.

SO ORDERED.

Dated:    New York, New York
            July 6, 2010

                                            John G. Koeltl
                                       United States District Judge



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-10